Matthew Singer
Christopher J. Slottee
HOLLAND & KNIGHT LLP
420 L Street, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 263-6300
Facsimile:  (907) 263-6345
matt.singer@hklaw.com
christopher.slottee@hklaw.com

*Attorneys for Defendants*
*City of Togiak and Teodoro Pauk*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD OERTWICH,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CITY OF TOGIAK and TEODORO  )<br>PAUK, in his individual and official  )<br>capacities,  )<br>)<br>Defendants.  )<br>) | Case No. 3:20-cv-00018-SLG |

### **DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Pursuant to Federal Civil Rule 12(b)(6), Defendants City of Togiak ("City") and Teodoro Pauk ("Pauk," and collectively, "Defendants") move to dismiss: (1) all of Plaintiff's claims against Pauk; (2) Plaintiff's claim for punitive damages against the City; and (3) Plaintiff's claim for injunctive relief against the City. This motion is supported by a memorandum of law filed herewith.

///

**HOLLAND &
KNIGHT LLP**
420 L Street, Suite 400
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

#72611523_v1

Case 3:20-cv-00018-SLG   Document 7   Filed 02/03/20   Page 1 of 2

DATED at Anchorage, Alaska this 3rd day of February, 2020.

> HOLLAND & KNIGHT LLP
> Attorneys for Defendants
>
> By: */s/ Christopher J. Slottee*
> Matthew Singer (ABA No. 9911072)
> Christopher J. Slottee (ABA No. 0211055)
> 420 L Street, Suite 400
> Anchorage, Alaska 99502
> Telephone: (907) 263-6300
> Facsimile: (907) 263-6345
> matt.singer@hklaw.com
> christopher.slottee@hklaw.com

## CERTIFICATE OF SERVICE

I certify that on February 3, 2020, a true and correct copy of the foregoing document was served via the Court's CM/ECF electronically on the following counsel of record:

> Andy Pevehouse, ABA 0711099
> Gilman & Pevehouse
> 130 South Willow Street, #3
> Kenai, AK 99611
> Email: alpevehouse@acsalaska.net

> */s/Christopher J. Slottee*

**HOLLAND & KNIGHT LLP**
420 L Street, Suite 400
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PAGE 2 OF 2
*OERTWICH V. CITY OF TOGIAK, ET AL.*
CASE NO. 3:20-CV-00018-SLG

Case 3:20-cv-00018-SLG   Document 7   Filed 02/03/20   Page 2 of 2