Matthew Singer
Christopher J. Slottee
SCHWABE WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125
Facsimile: (503) 796-2900

*Counsel for the City of Togiak*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| RONALD OERTWICH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF TOGIAK, )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No. 3:20-cv-00018-JWS |

## **STATUS REPORT**

The parties have conferred in response to the Court's order at Docket 22 and jointly report that the parties are conducting discovery and the case is proceeding in accordance with the Court's scheduling order.

Respectfully submitted this 20th day of July, 2020.

                GILMAN & ASSOCIATES LLC
                Attorneys for Plaintiff

                By: */s/Andy L. Pevehouse*
                      Andy L. Pevehouse
                      Alaska Bar No. 0711099

PDX\CJS\28595545.1

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:20-cv-00018-JWS   Document 23   Filed 07/20/20   Page 1 of 2

SCHWABE, WILLIAMSON & WYATT PC
Attorneys for Defendant

By: */s/Christopher J. Slottee*
    Christopher J. Slottee
    Alaska Bar No. 0211055

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2020, a true and correct copy of the foregoing document was served via the Court's CM/ECF electronic service on the following counsel of record:

    Andy L. Pevehouse    Attorneys for Plaintiff
    Gilman & Associates LLC
    Email: alpevehouse@gilmanlawak.com

    */s/Christopher J. Slottee*

STATUS REPORT
*OERTWICH V. CITY OF TOGIAK*
CASE NO. 3:20-CV-00018-JWS – PAGE 2 OF 2

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:20-cv-00018-JWS   Document 23   Filed 07/20/20   Page 2 of 2